In the Matter of the Claim of ARTHUR H. HARGRAVES against GEORGE F. SHEVLIN MANUFACTURING COMPANY and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Appellant, and STANDARD ACCIDENT INSURANCE COMPANY, Respondent.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Hargraves* v. *Shevlin Mfg. Co.,* 179 App. Div. 477, affirmed.

(Argued January 7, 1918; dec ded January 22, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered August 2, 1917, *unanimously* affirming an award of the state industrial commission made under the Workmen's Compensation Law. On April 20, 1915, the appellant, the Zurich Company, issued to the G. F. Shevlin Manufacturing Company a policy of insurance under the Workmen's Compensation Law, insuring such company against all amounts that it would be required to pay under said act for one year from April 20, 1915, to April 20, 1916. Subsequently the Shevlin Company went into bankruptcy and one Harry D. Eliason was appointed receiver on August 31, 1915, and on November 24, 1915, was duly elected trustee. During the month of September, 1915, it was claimed that the Zurich Company canceled its said policy. On October 2, 1915, a policy under said act was issued by the Standard Company to the receiver of the G. F. Shevlin Manufacturing Company, covering the risk from September 29, 1915, to September 29, 1916. Hargraves, the claimant, was injured on December 15,

1915. The Commission determined that the Zurich policy had never been canceled, but that both policies were in force at the time of the accident, and that the amount of compensation to the claimant must be borne equally by both companies as co-insurers. The sole question before this court is whether or not the Zurich Company policy had been canceled at the time of the accident.

*John N. Carlisle* and *Alfred W. Andrews* for appellant.

*Neile F. Towner* for Standard Accident Insurance Company, respondent.

*Merton E. Lewis,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.